IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ASHER BRONSTIN, individually and on behalf of all others similarly situated<br><br>Plaintiff,<br><br>vs.<br><br>HAPPY CABBAGE ANALYTICS, INC.<br><br>Defendant. | Case No.: 1:25-cv-01083-JPW |

**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF
TIME TO RESPOND TO PLAINTIFF'S AMENDED CLASS ACTION COMPLAINT**

Defendant, Happy Cabbage Analytics, Inc. ("HCA") by and through its undersigned counsel, hereby moves for an extension of time to answer, move, or otherwise respond to the Amended Class Action Complaint ("Amended Complaint") filed by Plaintiff Asher Bronstin ("Plaintiff") (ECF 9) and in support thereof states as follows:

1. On June 13, 2025, Plaintiff filed his original complaint in the United States District Court for the Middle District of Pennsylvania against Jane Technologies, Inc. (ECF 1).

2. This Court ordered a Case Management Conference to occur on October 8, 2025 at 1:00 PM. (ECF 8).

3. Then, on August 19, 2025, Plaintiff filed his Amended Complaint naming HCA as a defendant for the first time. (ECF 9).

4. On August 28, 2025, Plaintiff served the Amended Complaint on HCA. (ECF 10).

5. HCA has until September 18, 2025, to answer move, or otherwise respond to the Complaint.

6. Counsel for HCA contacted counsel for Plaintiff to request concurrence in the foregoing request, and counsel for Plaintiff advised that they concur with the relief requested.

7. Accordingly, HCA requests that this Court extend the deadline by which HCA may answer, move, or otherwise respond to the Amended Complaint by 30 days or until October 20, 2025 and that the Case Management Conference be rescheduled to a date following the extended response deadline.

Dated: September 17, 2025                                 Respectfully submitted,

/s/ Jeffery A. Dailey
Jeffery A. Dailey
**DAILEY LLP**
1650 Market Street, Suite 3619
Philadelphia, Pennsylvania 19103
Tel.: (215) 367-1640
jdailey@DaileyLLP.com

Whitney M. Smith (*pro hac vice* forthcoming)
**KELLEY DRYE & WARREN LLP**
7 Giralda Farms, Suite 340
Madison, New Jersey 07940
Tel.: (973) 503-5900
WSmith@KelleyDrye.com

*Counsel for Happy Cabbage Analytics, Inc.*

**CERTIFICATE OF CONCURRENCE**

I hereby certify that on September 17, 2025, counsel for Happy Cabbage Analytics, Inc. requested that counsel for Plaintiff concur in the foregoing motion, and counsel for Plaintiff advised that they do concur in the relief requested.

Dated: September 17, 2025

/s/ Jeffery A. Dailey
Jeffery A. Dailey

## CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing to be served via the Court's Electronic Case Filing (ECF) system upon the following:

**Andrew Roman Perrong, Esq.**
Perrong Law LLC
2657 Mount Caramel Avenue
Glenside, Pennsylvania 19038
Tel.: (215) 225-5529
Email: a@perronglaw.com

**Anthony I. Paronich**
Paronich Law, P.C.
350 Lincoln St., Suite 2400
Hingham, MA 02043
Tel.: (617) 485-0018
Email: Anthony@paronichlaw.com

*Counsel for Plaintiff*

Dated: September 17, 2025

/s/ Jeffery A. Dailey
Jeffery A. Dailey