IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ASHER BRONSTIN, individually and on behalf of all others similarly situated<br><br>Plaintiff,<br><br>vs.<br><br>HAPPY CABBAGE ANALYTICS, INC.<br><br>Defendant. | Case No.: 1:25-cv-01083-JPW |

## ORDER

**AND NOW**, this 17th day of September 2025, upon consideration of Defendant's Unopposed Motion for Extension of Time to Respond to Plaintiff's Amended Class Action Complaint, it is hereby **ORDERED** that Defendant's motion is **GRANTED**. Defendant shall file its response on or before Monday, October 20, 2025 and the Case Management Conference shall be rescheduled to **November 7, 2025, at 11:45 a.m.** The parties shall call-in to the conference calling number 717-638-8977, using the phone conference ID 432 592 125#.

BY THE COURT:

    s/ Jennifer P. Wilson
Hon. Jennifer P. Wilson
United States District Judge