IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ASHER BRONSTIN, individually and on behalf of all others similarly situated<br><br>Plaintiff,<br><br>vs.<br><br>HAPPY CABBAGE ANALYTICS, INC.<br><br>Defendant. | Case No. 1:25-CV-01083-JPW |

## **NOTICE OF APPEARANCE**

Please take notice that the following attorney, who is admitted to practice in this Court, has entered his appearance as counsel in this case for Defendant Happy Cabbage Analytics, Inc.

>STEVEN W SCHLESINGER, ESQ.
>PA Bar No. 332869
>Kelley Drye & Warren LLP
>3 World Trade Center
>175 Greenwich Street
>New York, New York 10007
>Phone: (212) 808-7740
>Email: SSchlesinger@kelleydrye.com

Dated:     New York, New York
           October 15, 2025

Respectfully submitted,

*/s/ Steven W Schlesinger*
Steven W Schlesinger (PA Bar No. 332869)
**KELLEY DRYE & WARREN LLP**
3 World Trade Center
175 Greenwich St
New York, NY 10007
Tel: (212) 808-7740
SSchlesinger@KelleyDrye.com

*Counsel for Defendant Happy Cabbage Analytics, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of October 2025, I caused the foregoing to be served via the Court's Electronic Case Filing (ECF) system upon the following:

**Andrew Roman Perrong, Esq.**
Perrong Law LLC
2657 Mount Caramel Avenue
Glenside, Pennsylvania 19038
Tel: (215) 225-5529
a@perronglaw.com

**Anthony I. Paronich, Esq.**
Paronich Law, P.C.
350 Lincoln St., Suite 2400
Hingham, MA 02043
Tel: (617) 485-0018
Anthony@paronichlaw.com

*Counsel for Plaintiff*

Dated: October 15, 2025

*/s/ Steven W Schlesinger*
Steven W Schlesinger