## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ASHER BRONSTIN, individually and on behalf of all others similarly situated

Plaintiff,

vs.

HAPPY CABBAGE ANALYTICS, INC.

Defendant.

Case No. 1:25-CV-01083-JPW

## DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S AMENDED CLASS ACTION COMPLAINT

Defendant, Happy Cabbage Analytics, Inc. ("HCA") by and through its undersigned counsel, hereby moves for a further extension of time to answer, move, or otherwise respond to the Amended Class Action Complaint ("Amended Complaint") filed by Plaintiff Asher Bronstin ("Plaintiff") (ECF 9) and in support thereof states as follows:

1. On June 13, 2025, Plaintiff filed his original complaint in the United States District Court for the Middle District of Pennsylvania against Jane Technologies, Inc. (ECF 1.)

2. This Court ordered a Case Management Conference to occur on October 8, 2025 at 1:00 p.m. (ECF 8.)

3.  Then, on August 19, 2025, Plaintiff filed his Amended Complaint naming HCA as a defendant for the first time. (ECF 9.)

4.  On August 28, 2025, Plaintiff served the Amended Complaint on HCA. (ECF 10.)

5.  On September 17, 2025, HCA, with concurrence from Plaintiff, requested to extend its deadline to answer, move, or otherwise respond to the Amended Complaint from September 18, 2025 to October 20, 2025. (ECF 11.)

6.  This Court granted the request the same day and moved the Case Management Conference to November 7, 2025 at 11:45 a.m. (ECF 12.)

7.  Since then, HCA has continued to investigate the alleged claims.

8. Plaintiff's counsel recently provided additional information that HCA is attempting to investigate to accurately and efficiently respond to Plaintiff's Complaint.

9.  Accordingly, HCA requests that this Court extend the deadline by which HCA may answer, move, or otherwise respond to the Amended Complaint by 15 days or until November 4, 2025.

Date:  October 15, 2025                Respectfully submitted,

*/s/ Steven W Schlesinger*
Steven W Schlesinger (PA Bar No. 332869)
**KELLEY DRYE & WARREN LLP**
3 World Trade Center
175 Greenwich St
New York, NY 10007
Tel: (212) 808-7740
SSchlesinger@KelleyDrye.com

Whitney M. Smith (*pro hac vice* forthcoming)
**KELLEY DRYE & WARREN LLP**
7 Giralda Farms, Suite 340
Madison, New Jersey 07940
Tel: (973) 503-5900
WSmith@KelleyDrye.com

*Counsel for Defendant Happy Cabbage
Analytics, Inc.*

## <u>CERTIFICATE OF CONCURRENCE</u>

I hereby certify that on October 13, 2025, counsel for Happy Cabbage

Analytics, Inc. requested that counsel for Plaintiff concur in the foregoing motion,

and counsel for Plaintiff advised that they do concur in the relief requested.

Dated: October 15, 2025

*/s/ Steven W Schlesinger*
Steven W Schlesinger

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 15th day of October 2025, I caused the foregoing

to be served via the Court's Electronic Case Filing (ECF) system upon the following:

**Andrew Roman Perrong, Esq.**
Perrong Law LLC
2657 Mount Caramel Avenue
Glenside, Pennsylvania 19038
Tel: (215) 225-5529
a@perronglaw.com

**Anthony I. Paronich, Esq.**
Paronich Law, P.C.
350 Lincoln St., Suite 2400
Hingham, MA 02043
Tel: (617) 485-0018
Anthony@paronichlaw.com

*Counsel for Plaintiff*

Dated: October 15, 2025

*/s/ Steven W Schlesinger*
Steven W Schlesinger