## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ASHER BRONSTIN, individually and on behalf of all others similarly situated<br><br>Plaintiff,<br><br>vs.<br><br>HAPPY CABBAGE ANALYTICS, INC.<br><br>Defendant. | Case No. 1:25-CV-01083-JPW |

## **ORDER**

**AND NOW**, this \_\_\_\_ day of October 2025, upon consideration of Defendant's Unopposed Motion for Extension of Time to Respond to Plaintiff's Amended Class Action Complaint, it is hereby **ORDERED** that Defendant's motion is **GRANTED**. Defendant shall file its response on or before Tuesday, November 4, 2025.

BY THE COURT:

_____
Hon. Jennifer P. Wilson
United States District Judge