# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ASHER BRONSTIN, individually and on behalf of all others similarly situated<br><br>Plaintiff,<br><br>vs.<br><br>HAPPY CABBAGE ANALYTICS, INC.<br><br>Defendant. | Case No. 1:25-CV-01083-JPW |

## DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE A JOINT CASE MANAGEMENT PLAN

Defendant, Happy Cabbage Analytics, Inc. ("HCA") by and through its undersigned counsel, hereby moves for an extension of time to file a joint case management plan and in support thereof states as follows:

1. On June 13, 2025, Plaintiff filed his original complaint in the United States District Court for the Middle District of Pennsylvania against Jane Technologies, Inc. (ECF 1.)

2. This Court ordered a Case Management Conference to occur on October 8, 2025 at 1:00 p.m. (ECF 8.)

3. Then, on August 19, 2025, Plaintiff filed his Amended Complaint naming HCA as a defendant for the first time. (ECF 9.)

1

4. On August 28, 2025, Plaintiff served the Amended Complaint on HCA. (ECF 10.)

5. On September 17, 2025, HCA, with concurrence from Plaintiff, requested to extend its deadline to answer, move, or otherwise respond to the Amended Complaint from September 18, 2025 to October 20, 2025. (ECF 11.)

6. This Court granted the request the same day and moved the Case Management Conference to November 7, 2025 at 11:45 a.m. (ECF 12.)

7. In accordance with Local Rule 16.3, the Parties are due to file the Joint Case Management Plan today, seven (7) days before the Case Management Conference.

8. Plaintiff's counsel shared a draft Joint Case Management Plan with Defendant's counsel today on October 31, 2025. The parties conferred regarding the draft today at 4 PM.

9. Defendant's counsel needs additional time to review the draft of the Joint Case Management Plan and propose edits to Plaintiff's counsel before it is filed with this Court.

10. As such, Defendant requests an extension of this deadline until Tuesday, November 4, 2025, so that the Parties can continue to confer regarding a Joint Case Management Plan before it is filed.

11. Plaintiff's counsel does not oppose the requested extension.

**WHEREFORE,** it is respectfully requested that this Court extend the deadline to file the Joint Case Management Plan no later than Tuesday, November 4, 2025.

Dated: October 31, 2025                    Respectfully submitted,

<p style="margin-left: 40%">
<u>/s/ Steven W Schlesinger</u>
Steven W Schlesinger (PA Bar No. 332869)
**KELLEY DRYE & WARREN LLP**
3 World Trade Center
175 Greenwich St
New York, NY 10007
Tel: (212) 808-7740
SSchlesinger@KelleyDrye.com

Whitney M. Smith (*pro hac vice* forthcoming)
**KELLEY DRYE & WARREN LLP**
7 Giralda Farms, Suite 340
Madison, New Jersey 07940
Tel: (973) 503-5900
WSmith@KelleyDrye.com

*Counsel for Defendant Happy Cabbage Analytics, Inc.*
</p>

## CERTIFICATE OF CONCURRENCE

I hereby certify that on October 31, 2025, counsel for Happy Cabbage Analytics, Inc. requested that counsel for Plaintiff concur in the foregoing motion, and counsel for Plaintiff advised that they do not oppose the relief requested.

Dated: October 31, 2025

*/s/ Steven W Schlesinger*
Steven W Schlesinger