# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ASHER BRONSTIN, individually and on behalf of all others similarly situated<br><br>Plaintiff,<br><br>vs.<br><br>HAPPY CABBAGE ANALYTICS, INC.<br><br>Defendant. | Case No. 1:25-CV-01083-JPW |

## ORDER

**AND NOW**, this 3rd day of November, 2025, upon consideration of Defendant's Unopposed Motion for Extension of Time to File a Joint Case Management Plan, it is hereby **ORDERED** that Defendant's motion is **GRANTED**. Defendant shall file its response on or before Tuesday, November 4, 2025.

BY THE COURT:

s/ Jennifer P. Wilson
Hon. Jennifer P. Wilson
United States District Judge