IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ASHER BRONSTIN, individually and on behalf of all others similarly situated, | ) ) ) ) ) ) |
| Plaintiff(s), | ) ) |
| v. | ) ) ) |
| HAPPY CABBAGE ANALYTICS, INC., | ) ) ) ) ) ) |
| Defendant(s)/ Third-Party Plaintiff(s), | ) ) ) |
| v. | ) ) ) |
| | ) ) ) ) ) ) ) |
| Third-Party Defendant(s). | ) ) |

Civil Action No. 1:25-cv-01083-JPW

**DISCLOSURE STATEMENT PURSUANT TO Fed. R. Civ. P. 7.1**
**(Civil Action)**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant,
(type of party)
who is Happy Cabbage Analytics, Inc., makes the following disclosure:
(name of party)

1. Is the party a non-governmental corporate party?

☑ YES   ☐ NO

2. If the answer to Number 1 is "yes," list below any parent corporation or state that there is no such corporation:

Happy Cabbage Analytics, Inc. is a privately owned corporation. No such parent corporation exists.

3. If the answer to Number 1 is "yes," list below any publicly-held corporation that owns 10% or more of the party's stock or state that there is no such corporation:

As of this date, Happy Cabbage Analytics, Inc. is unaware of any publicly-held corporation that owns 10% or more of its stock.

The undersigned party understands that under Rule 7.1 of the Federal Rules of Civil Procedure, it must promptly file a supplemental statement upon any change in the information that this statement requires.

/s/ Steven W Schlesinger
Signature of Counsel for Party

Date: November 4, 2025