**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ASHER BRONSTIN, individually and on behalf of all others similarly situated<br><br>Plaintiff,<br><br>vs.<br><br>HAPPY CABBAGE ANALYTICS, INC.<br><br>Defendant. | Case No.: 1:25-cv-01083-JPW |

**DEFENDANT'S MOTION TO DISMISS
PLAINTIFF'S FIRST AMENDED COMPLAINT**

Defendant Happy Cabbage Analytics, Inc. ("Happy Cabbage") hereby respectfully moves to dismiss Plaintiff Asher Bronstin's ("Plaintiff") First Amended Complaint (ECF No. 9) in this matter pursuant to Federal Rule of Civil Procedure 12(b)(1) and 12(b)(6). As described more fully in Defendant's Brief in Support of this Motion to Dismiss, filed contemporaneously herewith, this Court lacks subject matter jurisdiction to hear Plaintiff's claim. Further, Plaintiff's brief otherwise fails to state a claim upon which relief can be granted.

Plaintiff brings two causes of action under the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227 *et seq*. Plaintiff cannot bring either of these claims because (1) Plaintiff's injury is not traceable to Happy Cabbage's

conduct and (2) Plaintiff's injury is premised upon the receipt of text messages that are not covered by the TCPA. Plaintiff's second cause of action additionally fails because the regulation at issue—47 C.F.R. § 64.1200(d)(3)—was promulgated under section 227(d) of the TCPA, for which Congress provided no private right of action. Further, even if Plaintiff could bring a claim under this regulation, Plaintiff failed to plausibly allege this claim.

The specific legal and factual bases for this Motion to Dismiss are set forth more fully in the accompanying Brief, which is incorporated herein by reference as if fully stated here, along with any materials and other evidence submitted in support (including the Declaration of Andrew Watson, included as **Exhibit A** to this Motion), and any other briefs, materials, and argument provided to the Court prior to its ruling thereon. All unpublished cases cited in the brief have also been included herewith, in accordance with Local Rule 7.8(a), and are attached to the Brief.

**WHEREFORE**, for these reasons, Plaintiff's First Amended Complaint (ECF No. 9) should be dismissed without prejudice.

Dated: November 4, 2025 Respectfully submitted,

*/s/ Steven W Schlesinger*
Steven W Schlesinger (PA Bar No. 332869)
**KELLEY DRYE & WARREN LLP**
3 World Trade Center
175 Greenwich St
New York, NY 10007
Tel.: (212) 808-7740
SSchlesinger@KelleyDrye.com

Whitney M. Smith (*pro hac vice* forthcoming)
**KELLEY DRYE & WARREN LLP**
7 Giralda Farms, Suite 340
Madison, New Jersey 07940
Tel.: (973) 503-5900
WSmith@KelleyDrye.com

*Counsel for Happy Cabbage Analytics, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing to be served via the Court's Electronic Case Filing (ECF) system upon the following:

**Andrew Roman Perrong, Esq.**
Perrong Law LLC
2657 Mount Caramel Avenue
Glenside, Pennsylvania 19038
Tel.: (215) 225-5529
Email: a@perronglaw.com

**Anthony I. Paronich**
Paronich Law, P.C.
350 Lincoln St., Suite 2400
Hingham, MA 02043
Tel.: (617) 485-0018
Email: Anthony@paronichlaw.com

*Counsel for Plaintiff*

Dated: November 4, 2025

*/s/ Steven W Schlesinger*
Steven W Schlesinger