IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ASHER BRONSTIN, individually and on behalf of all others similarly situated<br><br>Plaintiff,<br><br>vs.<br><br>HAPPY CABBAGE ANALYTICS, INC.<br><br>Defendant. | Case No. 1:25-CV-01083-JPW |

## ORDER

**AND NOW**, this \_\_\_\_ day of _____ 2025, upon consideration of Defendant's Motion to Dismiss Plaintiff's First Amended Complaint, it is hereby **ORDERED** that Defendant's motion is **GRANTED** for all of the reasons stated therein; and (2) Plaintiff's First Amended Complaint (Dkt No. 9) is hereby **DISMISSED**.

BY THE COURT:

_____
Hon. Jennifer P. Wilson
United States District Judge