UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN THE MATTER OF APPLICATION FOR     :
ADMISSION TO PRACTICE IN THIS COURT  :

**PETITION**

I, __Whitney M. Smith__, hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

Office address: 7 Giralda Farms
Suite 340
Madison, NJ 07940

Office Telephone: (973) 503-5900

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.

NJ Superior, 12/15/2006; NY Supreme, 9/10/2007; US Supreme Court, 3/23/2020.

US Courts of Appeals: 2nd, 2014; 3rd, 2020; 4th, 2022; 8th, 2020; 9th, 2023.

US District Courts: DNJ, 2006; EDNY, 2014; SDNY, 2011; WDNY, 2020; D. Col., 2019; N.D. Ill., 2023; W.D. Mich., 2022.

My attorney Identification number is: 035552006 (NJ)

---

FOR COURT USE ONLY

_____ GENERAL ADMISSION:

GRANTED BY THE COURT: _____     Date: _____

__X__ SPECIAL ADMISSION:

GRANTED BY THE COURT  s/ Jennifer P. Wilson     Date: 11/10/2025

Updated: 3/24/2025