# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ASHER BRONSTIN, | : | Civil No. 1:25-cv-01083 |
| Plaintiff, | : | |
| v. | : | |
| HAPPY CABBAGE ANALYTICS, INC. | : | |
| Defendant. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 10th day of November, 2025, in consideration of the dispute raised by counsel during the case management conference, regarding whether the court should partially or completely stay discovery pending the resolution of the pending motion to dismiss (Doc. 20), **IT IS ORDERED THAT**:

1. The parties shall file supplemental letter briefs addressing the aforementioned dispute. Supplemental letter briefs shall not exceed three (3) pages in length. The briefs may be single spaced at counsel's discretion.

2. Defendant's supplemental brief shall be filed no later than **November 14, 2025**.

3. Plaintiff's supplemental brief shall be filed no later than **November 21, 2025**.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania

1