# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ASHER BRONSTIN, | : | Civil No. 1:25-cv-01083 |
| Plaintiff, | : | |
| v. | : | |
| HAPPY CABBAGE ANALYTICS, INC. | : | |
| Defendant. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 10th day of November, 2025, in consideration of the oral motion for an extension of time made by Plaintiff's counsel during the case management conference, **IT IS ORDERED THAT** the oral motion is **GRANTED**. Plaintiff may file his response to Defendant's motion to dismiss (Doc. 20), by **December 5, 2025**.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania

1