IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ASHER BRONSTIN, individually and on behalf of all others similarly situated<br><br>Plaintiff,<br><br>vs.<br><br>HAPPY CABBAGE ANALYTICS, INC.<br><br>Defendant. | Case No.: 1:25-cv-01083-JPW |

## NOTICE OF WITHDRAWAL OF APPEARANCE

TO THE CLERK OF COURT:

Kindly WITHDRAW my appearance as counsel for Happy Cabbage Analytics ("HCA") in the above-captioned matter. There remains other counsel of record for HCA, therefore my withdrawal does not require substitution or other action of the Court.

Respectfully submitted,

**DAILEY LLP**

Dated: December 2, 2025

By: */s/ Jeffery A. Dailey*
Jeffery A. Dailey (PA ID No. 85993)
jdailey@daileyllp.com
1650 Market Street, Suite 3600
Philadelphia, PA 19103
(215) 282-5172

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 2, 2025, I served the foregoing Notice of Withdrawal of Appearance upon all parties of record in this proceeding via the Court's ECF system.

/s/ Jeffery A. Dailey
Jeffery A. Dailey