## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ASHER BRONSTIN, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br> v.<br><br>HAPPY CABBAGE ANALYTICS, INC.<br><br>      Defendant. | Case No.<br><br>**1:25-CV-01083-JPW**<br><br>**JURY TRIAL DEMANDED** |

### DECLARATION OF ASHER BRONSTIN

1. My name is Asher Bronstin. I am over 18 years old. I can testify competently to the undersigned statements.

2. My telephone number 714-XXX-XXXX is on the National Do-Not-Call Registry.

3. I am the user of 714-XXX-XXXX.

4. The 714-XXX-XXXX number is registered in my name and I am the subscriber of record.

5. I submit this Declaration to demonstrate the information I have in my possession that Defendant, Happy Cabbage Analytics, Inc., called me.

6. Specifically, I understand that, as per agreement of former Defendant, Jane Technologies, who denied making the calls at issue, my attorneys sent subpoenas to Telnyx, a telephone company, which serviced the 562-753-6060 and 562-753-6372 numbers at issue during the time I received the text messages.

7. That subpoena, which I understand is attached as an exhibit in my opposition to the Defendant's Motion to Dismiss, reveals that the subscriber of both telephone numbers at

1

issue is Defendant Happy Cabbage Analytics, and that the point of contact for both telephone numbers is Andrew Watson, whom I understand to be Happy Cabbage's CEO.

8.     I thus allege in my Complaint, and make clear here, that the calls were sent from Defendant Happy Cabbage, as that is the subscriber of record for the telephone number that texted me.

9.     Indeed, it was only through the subpoena that I learned that the sender of the messages was the Defendant Happy Cabbage.

10.     That subpoena response was the first time I learned that Happy Cabbage was the party actually responsible for sending and initiating the messages.

11.     Happy Cabbage was the actual initiator and sender of the messages but did not identify itself anywhere.

12.     And, as alleged, Happy Cabbage neither honored my STOP request, nor forwarded it on to any other third party.

13.     Happy Cabbage's failure to identify itself as the sender made it impossible for me to attempt to opt out through any other means, as the only point of contact I had was an anonymous text message.

14.     To be clear, I do nothing to precipitate the illegal calls and messages which are placed to me. I do not want these communications, but they continue to be placed to me. They are highly annoying and disruptive.

15.     I was harmed and injured by the Defendant's messages, including by Defendant's platform refusing to honor "STOP" messages. I was deprived of legitimate use of network resources, bandwidth, power, and storage space and my privacy was improperly invaded.

Additionally, my statutory rights as recognized by the TCPA were violated. Illegal calls are frustrating, obnoxious, and annoying. They are a nuisance and disturbed my solitude.

16.    My number is on the Do-Not-Call Registry, and I did not provide any consent for anyone to send the calls at issue to me.

17.    I do not and have never welcomed nor wanted illegal calls or text messages and do nothing to receive or deserve them. My injury was done completely at the hands of Defendant, who sent me text messages using its subscriber account in violation of the TCPA.

18.    I brought this case as a class action because I know that there are likely thousands more people in a similar situation such as myself, having received messages from Defendant without their consent.

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

**Executed this 5th day of December 2025, in the United States of America,**

*Asher Bronstin*
Asher Bronstin (Dec 5, 2025 11:01:08 PST)

**Asher Bronstin**

3