

CONFIDENTIAL - FOIA EXEMPT - 0001

06/20/2025

Perrong Law LLC
Attn: Andrew Perrong
a@perronglaw.com

**VIA ELECTRONIC MAIL**

Re: Subpoena/Order/Notice - 831

To whom it may concern:

This letter is written in response to a subpoena/order/notice issued by your office upon Telnyx LLC or its affiliates ("Telnyx") requesting information related to a certain telephone number.

Pursuant to your request, see below the subscriber information requested for the telephone number(s) listed in your subpoena/order/notice.


Subscriber information for +15627536060:

Subscriber contact: Andrew Watson / HCA

Subscriber address: 631 Folsom St, San Francisco, CA 94107

Subscriber phone number: +14436689972

Subscriber email: andrew@happycabbage.io

Subscriber account created: 2021-06-22T00:30:56Z


Subscriber information for +15627536372:

Subscriber contact: Andrew Watson / HCA

Subscriber address: 631 Folsom St, San Francisco, CA 94107

Subscriber phone number: +14436689972

Subscriber email: andrew@happycabbage.io

Subscriber account created: 2021-06-22T00:30:56Z

CHICAGO
515 N State Street, 14th Floor
Chicago, IL 60654
+1.312.945.7420

DUBLIN
6th Floor, Waterways House, Grand Canal Quay
Dublin 2, D02 PD39, Ireland
+353.1.960.5860

telnyx.com

Please let us know if you have further questions.

Very truly yours,

Telnyx Legal Team