IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ASHER BRONSTIN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br><br>HAPPY CABBAGE ANALYTICS, INC.<br><br><br><br>Defendant. | Case No.<br><br>**1:25-CV-01083-JPW**<br><br>**JURY TRIAL DEMANDED**<br><br>**(HON. JENNIFER P. WILSON)** |

**[PROPOSED ORDER DENYING] DEFENDANT
HAPPY CABBAGE ANALYTICS, INC.'S MOTION TO DISMISS**

AND NOW, this _____ day of _____, 2025, it is hereby ORDERED that the Defendant's Motion to Dismiss is hereby DENIED.

*BY THE COURT:*

_____

Hon. Jennifer P. Wilson, J.

1