**IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ASHER BRONSTIN, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br>  v.<br><br>HAPPY CABBAGE ANALYTICS, INC.<br><br>        Defendant. | Case No.<br><br>1:25-CV-01083-JPW |

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 21, 2026, I filed the Notice of Supplemental Authority (ECF No. 38) through the Court's CM/ECF System, which provided notice to all counsel of record.

Dated: April 21, 2026

Respectfully submitted,

*/s/ Anthony Paronich*
Anthony Paronich
Paronich Law, PC
350 Lincoln St, Ste 2400
Hingham, MA 02043
(617) 485-0018
Fax: 508-318-8100
Email: anthony@paronichlaw.com