**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ASHER BRONSTIN, individually and on behalf of all others similarly situated<br><br>Plaintiff,<br><br>vs.<br><br>HAPPY CABBAGE ANALYTICS, INC.<br><br>Defendant. | Case No.: 1:25-cv-01083-JPW |

**DEFENDANT'S NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF ITS MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**

Defendant Happy Cabbage Analytics, Inc. ("Happy Cabbage") submits this Notice of Supplemental Authority to advise the Court of a recent decision out of the Middle District of North Carolina, which is directly relevant to Section II.A of Happy Cabbage's brief in support of Defendant's Motion to Dismiss Plaintiff's First Amended Complaint (ECF No. 21). A copy of this opinion is attached hereto as **Exhibit A**. Pursuant to LR 7.36, Happy Cabbage's notice does not contain argument nor exceeds 100 words. Happy Cabbage asks the Court to disregard any argument put forth in Plaintiff's notices of supplemental authority.

Dated: September 4, 2026 Respectfully submitted,

*/s/ Whitney M. Smith*
Whitney M. Smith (*pro hac vice*)
**KELLEY DRYE & WARREN LLP**
7 Giralda Farms, Suite 340
Madison, New Jersey 07940
Tel.: (973) 503-5900
WSmith@KelleyDrye.com

Steven W Schlesinger (PA Bar No. 332869)
**KELLEY DRYE & WARREN LLP**
3 World Trade Center
175 Greenwich Street
New York, NY 10007
Tel.: (212) 808-7740
SSchlesinger@KelleyDrye.com

*Counsel for Happy Cabbage Analytics, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing to be served via the Court's Electronic Case Filing (ECF) system upon the following:

**Andrew Roman Perrong, Esq.**
Perrong Law LLC
2657 Mount Caramel Avenue
Glenside, Pennsylvania 19038
Tel.: (215) 225-5529
a@perronglaw.com

**Anthony I. Paronich**
Paronich Law, P.C.
350 Lincoln St., Suite 2400
Hingham, MA 02043
Tel.: (617) 485-0018
Anthony@paronichlaw.com

*Counsel for Plaintiff*

Dated: September 4, 2026

*/s/ Whitney M. Smith*
Whitney M. Smith