**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ASHER BRONSTIN, individually and on behalf of all others similarly situated<br><br>Plaintiff,<br><br>vs.<br><br>HAPPY CABBAGE ANALYTICS, INC.<br><br>Defendant. | Case No.: 1:25-cv-01083-JPW |

**DEFENDANT'S NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF ITS MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**

Defendant Happy Cabbage Analytics, Inc. ("Happy Cabbage") submits this Notice of Supplemental Authority to advise the Court of two decisions directly relevant to Happy Cabbage's brief in support of Defendant's Motion to Dismiss Plaintiff's First Amended Complaint (ECF No. 21). The first decision, attached hereto as **Exhibit A**, is out of the District of Colorado. The second decision, attached hereto as **Exhibit B**, is out of the Northern District of Alabama. Pursuant to LR 7.36, this notice does not contain argument nor exceeds 100 words. Happy Cabbage asks the Court to disregard any argument in Plaintiff's notices of supplemental authority.

Dated: September 28, 2026

Respectfully submitted,

*/s/ Whitney M. Smith*
Whitney M. Smith (*pro hac vice*)
**KELLEY DRYE & WARREN LLP**
7 Giralda Farms, Suite 340
Madison, New Jersey 07940
Tel.: (973) 503-5900
WSmith@KelleyDrye.com

Steven W Schlesinger (PA Bar No. 332869)
**KELLEY DRYE & WARREN LLP**
3 World Trade Center
175 Greenwich Street
New York, NY 10007
Tel.: (212) 808-7740
SSchlesinger@KelleyDrye.com

*Counsel for Happy Cabbage Analytics, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing to be served via the Court's Electronic Case Filing (ECF) system upon the following:

**Andrew Roman Perrong, Esq.**
Perrong Law LLC
2657 Mount Caramel Avenue
Glenside, Pennsylvania 19038
Tel.: (215) 225-5529
a@perronglaw.com

**Anthony I. Paronich**
Paronich Law, P.C.
350 Lincoln St., Suite 2400
Hingham, MA 02043
Tel.: (617) 485-0018
Anthony@paronichlaw.com

*Counsel for Plaintiff*

Dated: September 28, 2026

*/s/ Whitney M. Smith*
Whitney M. Smith