**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| ASHER BRONSTIN, individually and on behalf of all others similarly situated | : | Civil No. 1:25-CV-01083 |
| Plaintiff, | : | |
| v. | : | |
| HAPPY CABBAGE ANALYTICS, INC., | : | |
| Defendant. | : | Judge Jennifer P. Wilson |

**ORDER**

**AND NOW,** this 29th day of October, 2026, in accordance with the accompanying memorandum, **IT IS ORDERED AS FOLLOWS**:

1) Defendant Happy Cabbage's motion to dismiss, Doc. 20, is **GRANTED IN PART AND DENIED IN PART**. The motion brought pursuant to Federal Rule of Civil Procedure 12(b)(1) is **DENIED**. The motion brought pursuant to Federal Rule of Civil Procedure 12(b)(6) is **GRANTED**.

2) Plaintiff's amended complaint, Doc. 9, is **DISMISSED WITH PREJUDICE**.

3) The Clerk of Court shall close this case.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania